IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANTHONY CAIRNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:24-CV-00084 |
| WOODMONT INVESTMENTS, LLC, ) | |
| ) | |
| Defendant. ) | |

**<u>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WITH PREJUDICE</u>**

Plaintiff, ANTHONY CAIRNS ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides this Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendant, WOODMONT INVESTMENTS, LLC and this entire action, with Prejudice.

Respectfully submitted this 9th day of April, 2024.

                                                  Law Offices of
                                                THE SCHAPIRO LAW GROUP, P.L.

                                                <u>/s/  Douglas S. Schapiro</u>
                                                Douglas S. Schapiro, Esq.
                                                State Bar No. 54538FL
                                                The Schapiro Law Group, P.L.
                                                7301-A W. Palmetto Park Rd., #100A
                                                Boca Raton, FL 33433
                                                Tel: (561) 807-7388
                                                Email: schapiro@schapirolawgroup.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on April 9, 2024 upon all counsel or parties.

                                                    /s/  Douglas S. Schapiro
                                                    Douglas S. Schapiro, Esq.
                                                    State Bar No. 54538FL